

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Juan Ramon Barron,                          * From the 132nd District Court
                                              of Scurry County,
                                              Trial Court No. 10592.

Vs. No. 11-18-00324-CR                       * February 26, 2021

The State of Texas,                          * Opinion by Trotter, J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

        This court has inspected the record in this cause and concludes that there is no
error in the judgment below.   Therefore, in accordance with this court's opinion,
the judgment of the trial court is in all things affirmed.